IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ROBERT A. POWELL, ET AL. § | |
| § | |
| V.  § | MO-12-CV-114 |
| § | |
| FORD MOTOR COMPANY § | |

FILED
MAR 2 6 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

### ORDER

The parties have notified the Court they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so Ordered.

SIGNED this 26 day of March, 2014.

ROBERT JUNELL
UNITED STATES DISTRICT JUDGE



| | | |
|---|---|---|
| FRANK L. BRANSON<br>DEBBIE DUDLEY BRANSON<br>THOMAS J. FARMER*<br>QUENTIN D. BROGDON*<br>ERIC T. STAHL<br>JOHN T. BURKHEAD<br>CHIP BROOKER | **THE LAW OFFICES OF**<br>Professional  Corporation<br>**FRANK L. BRANSON** | OF COUNSEL<br>J. HADLEY EDGAR, JR.<br>1926 - 2009<br><br>*BOARD CERTIFIED IN<br>PERSONAL INJURY TRIAL LAW |

March 25, 2014

Via Fax 432-686-4027
Honorable Robert Junell
Western District of Texas,
Midland Division
200 East Wall
Midland, TX 79701

    Re: *Robert and Hollie Powell, et. al. v. Ford Motor Company*; In the United States District Court, Western District of Texas Midland Odessa Division
          Cause No.: 7:12-cv-00114-RAJ

Dear Judge Junell:

    On behalf of all parties, I am authorized to notify you that we have reached a settlement of all claims in this matter. This includes a resolution of the lien-holder's claims.

    I was informed by your office that my provision of this notice to you would be sufficient for cancellation of tomorrow's scheduled settlement conference.

    On behalf of all parties, I thank you for your patience and assistance in getting this matter resolved.

Very truly yours,

Quentin Brogdon,
Counsel for Plaintiffs